**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 363 MAL 2016

              Respondent    :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.                   :

                               :

                               :

EDWARD FEIERSTEIN,              :

                               :

              Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.